IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Mary M | Case Number: 05 B 25400 |
| | Judge: Hollis, Pamela S |
| Printed: 11/04/08 | Filed: 6/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 30, 2008
Confirmed: August 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,940.88 | |
| Secured: | | 6,954.23 |
| Unsecured: | | 2,344.11 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 642.54 |
| Other Funds: | | 0.00 |
| Totals: | 11,940.88 | 11,940.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | HSBC Auto Finance | Secured | 6,954.23 | 6,954.23 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 311.30 | 311.30 |
| 4. | Capital One | Unsecured | 74.86 | 74.86 |
| 5. | Illinois Dept Of Human Services | Unsecured | 61.27 | 61.27 |
| 6. | Fifth Third Bank | Unsecured | 905.43 | 905.43 |
| 7. | Asset Acceptance | Unsecured | 143.04 | 143.04 |
| 8. | HSBC Auto Finance | Unsecured | 492.20 | 492.20 |
| 9. | Capital One | Unsecured | 159.20 | 159.20 |
| 10. | RoundUp Funding LLC | Unsecured | 196.81 | 196.81 |
| 11. | Schottler & Zukosky | Priority | | No Claim Filed |
| 12. | Collect America | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 15. | CBE | Unsecured | | No Claim Filed |
| | | | $ 11,298.34 | $ 11,298.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 17.46 |
| 5.5% | 152.52 |
| 5% | 46.55 |
| 4.8% | 88.37 |
| 5.4% | 197.79 |
| 6.5% | 139.85 |
| | $ 642.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Walker, Mary M

Printed: 11/04/08

Case Number:  05 B 25400
Judge:  Hollis, Pamela S
Filed:  6/27/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

